## OFFICIAL FORM 7

### United States Bankruptcy Court
### District of Massachusetts

In
re    Freedom Wind Tunnel, LLC

Debtor(s)

Case
No.

Chapter   11

## DECLARATION RE: ELECTRONIC FILING

PART I- DECLARATION OF PETITIONER

I Neal Gouck, *hereby declare(s) under penalty of perjury* that all of the information contained in the Petition and Creditor Matrix (singly or jointly the "Document"), filed electronically, is true and correct. I understand that this *DECLARATION* is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this *DECLARATION* may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated:   January 16, 2024

Signed: _____

Neal Gouck
(Affiant)

## PART II - DECLARATION OF ATTORNEY (IF AFFIANT IS REPRESENTED BY COUNSEL)

I certify that the affiant(s) signed this form before I submitted the Document, I gave the affiant(s) a copy of the Document and this *DECLARATION*, and I have followed all other electronic filing requirements currently established by local rule and standing order. This *DECLARATION* is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Dated:    January 16, 2024

Signed: _____

Jesse Redlener
Ascendant Law Group, LLC
2 Dundee Park Drive
Suite 102
Andover, MA 01810

jredlener@ascendantlawgroup.com
Attorney for Affiant

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Freedom Wind Tunnel, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alares Architects & Engineers 248 Copeland Street Quincy, MA 02169 | | Trade debt | | | | $64,983.00 |
| Arthur J Gallagher & Co 470 Atlantic Avenue Boston, MA 02210 | | Trade debt | | | | $59,474.00 |
| CLA (CliftonLarsenAllen) 700 Pleasant St 4th Floor New Bedford, MA 02740 | | Trade debt | Contingent Unliquidated Disputed | | | $28,159.00 |
| Courtney McCarthy 63 S Grove Street Foxboro, MA 02035 | | Wages | | | | $23,103.00 |
| DEO Associates 44 Clam Pudding Plymouth, MA 02360 | | Trade debt | | | | $244,400.00 |
| Eagle Engineering Corp. 8869 Citation Road Essex, MD 21221 | | Trade debt | Contingent Unliquidated | | | $126,423.00 |
| Instabrite Mobile Washing Inc. PO Box 148 Whitman, MA 02382 | | Trade debt | | | | $16,000.00 |
| Martin Bencher USA LLC 21 Fadem Rd #14 Springfield, NJ 07081 | | Trade debt | Unliquidated | | | $300,000.00 |
| Martins Electric LLC 62 Sherman Ave Seekonk, MA 02771 | | Trade debt | | | | $30,100.00 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor    Freedom Wind Tunnel, LLC _____    Case number *(if known)* _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| MAS Building & Bridge 18 Sharon Ave Norfolk, MA 02056 | | Trade debt | Unliquidated | | | $196,258.00 |
| Premier Mechanical 29 Mystic Ave Somerville, MA 02145 | | Trade debt | Unliquidated Disputed | | | $321,825.00 |
| Robert Clark 200 Reservoir St. North Attleboro, MA 02760 | | Subordinated Note | | | | $500,000.00 |
| Robert Parish 3238 Players Club Circle Memphis, TN 38125 | | Business Loan | | | | $225,000.00 |
| STI Inc. 13766 Hawthorne Boulevard Hawthorne, CA 90250 | | Trade debt | Contingent | | | $170,000.00 |
| TCF Law Group, PLLC 21 Pleasant Street, Suite 237 Attn: Neil McLaughlin Newburyport, MA 01950 | | Legal Fees | | | | $61,310.00 |
| The Wind Tunnel Company 8869 Citation Road Essex, MD 21221 | | Trade debt | | | | $1,030,851.00 |
| Trane Technologies 2313 S 20th Street La Crosse, WI 54601 | | Trade debt | Contingent | | | $206,324.00 |
| Ty Swansboro 63 S Grove Street Foxboro, MA 02035 | | Wages | | | | $19,874.00 |
| Vertical DWC LLC P.O. Box 390667 Business Center Logistics City, Dubai Aviation City Dubai U.A.E. | | Trade debt | Unliquidated | | | $24,548.00 |
| World Insurance 50 Prospect St Waltham, MA 02453 | | Property Insurance Premiums | Unliquidated | | | $77,817.00 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Alares Architects & Engineers
248 Copeland Street
Quincy, MA 02169


Arthur J Gallagher & Co
470 Atlantic Avenue
Boston, MA 02210


Batten Bros Signage
893 Main Street
Wakefield, MA 01880


CLA (CliftonLarsenAllen)
700 Pleasant St 4th Floor
New Bedford, MA 02740


Courtney McCarthy
63 S Grove Street
Foxboro, MA 02035


DEO Associates
44 Clam Pudding
Plymouth, MA 02360


Eagle Engineering Corp.
8869 Citation Road
Essex, MD 21221


Erland Construction Inc.
71 3rd Ave
Burlington, MA 01803


Hanscom Federal Credit Union
25 Porter Road, Suite 100
Littleton, MA 01460-1434


Instabrite Mobile Washing Inc.
PO Box 148
Whitman, MA 02382


Martin Bencher USA LLC
21 Fadem Rd #14
Springfield, NJ 07081


Martins Electric LLC
62 Sherman Ave
Seekonk, MA 02771


MAS Building & Bridge
18 Sharon Ave
Norfolk, MA 02056


Premier Mechanical
29 Mystic Ave
Somerville, MA 02145

Robert Clark
200 Reservoir St.
North Attleboro, MA 02760


Robert Parish
3238 Players Club Circle
Memphis, TN 38125


STI Inc.
13766 Hawthorne Boulevard
Hawthorne, CA 90250


TCF Law Group, PLLC
Attn: Neil McLaughlin
21 Pleasant Street, Suite 237
Newburyport, MA 01950


The Wind Tunnel Company
8869 Citation Road
Essex, MD 21221


Trane Technologies
2313 S 20th Street
La Crosse, WI 54601


Ty Swansboro
63 S Grove Street
Foxboro, MA 02035


Vertical DWC LLC
P.O. Box 390667
Business Center Logistics City, Dubai Av


World Insurance
50 Prospect St
Waltham, MA 02453

# United States Bankruptcy Court
## District of Massachusetts

In re   Freedom Wind Tunnel, LLC

Debtor(s)

Case No.

Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Freedom Wind Tunnel, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Eagle Engineering Corp.
8869 Citation Road
Essex, MD 21221

Freedom Holding LLC
8869 Citation Road
Essex, MD 21221

☐ None [*Check if applicable*]

January 16, 2024

Date

/s/ Jesse Redlener

Jesse Redlener

Signature of Attorney or Litigant
Counsel for   Freedom Wind Tunnel, LLC
Ascendant Law Group, LLC
2 Dundee Park Drive
Suite 102
Andover, MA 01810
 Fax:
jredlener@ascendantlawgroup.com