**Fill in this information to identify the case:**

Debtor name: **Freedom Wind Tunnel, LLC**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known): **24-10082**

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 6, 2024**     X **/s/ Neal Gouck**
Signature of individual signing on behalf of debtor

**Neal Gouck**
Printed name

**Manager, President, and Chief Executive Officer**
Position or relationship to debtor

Official Form 202        **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name: **Freedom Wind Tunnel, LLC**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known): **24-10082**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

### Part 1:  Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................................... $ **23,000,000.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................................................. $ **139,650.03**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................................................... $ **23,139,650.03**

### Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $ **16,319,374.29**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................................... $ **97,144.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................. +$ **3,495,975.31**

4. **Total liabilities** ..................................................................................................................................
    Lines 2 + 3a + 3b     $ **19,912,493.60**

**Fill in this information to identify the case:**

Debtor name: **Freedom Wind Tunnel, LLC**

United States Bankruptcy Court for the: **DISTRICT OF MASSACHUSETTS**

Case number (if known): **24-10082**

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address: **Courtney McCarthy**, **63 S Grove St**, **Foxboro, MA 02035** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $23,103.00 | $15,150.00 |
|  | Date or dates debt was incurred: **8-Nov-22** | Basis for the claim: **Employment Agreement dated November 8, 2022** | | |
|  | Last 4 digits of account number: | Is the claim subject to offset? ☒ No  ☐ Yes | | |
|  | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | | | |
| 2.2 | Priority creditor's name and mailing address: **Department of Unemployment Assistance**, **100 Cambridge Street**, **Suite 400**, **Boston, MA 02114** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | Unknown | Unknown |
|  | Date or dates debt was incurred: | Basis for the claim: **Taxes** | | |
|  | Last 4 digits of account number: | Is the claim subject to offset? ☒ No  ☐ Yes | | |
|  | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | | | |

| Debtor | **Freedom Wind Tunnel, LLC** | Case number (if known) | **24-10082** |
|---|---|---|---|
| | Name | | |

### 2.3
**Priority creditor's name and mailing address**
**Internal Revenue Service**
**Centralized Insolvency Operations**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **Unknown**

---

### 2.4
**Priority creditor's name and mailing address**
**Massachusetts Dept of Revenue**
**Bankruptcy Unit**
**PO Box 7090**
**Boston, MA 02004**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **Unknown**

---

### 2.5
**Priority creditor's name and mailing address**
**Neal Gouck**
**200 Reservoir Street**
**North Attleboro, MA 02760**

Date or dates debt was incurred
**Sep-18**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employment Agreement dated September 2018**

Is the claim subject to offset?
■ No
☐ Yes

**$54,167.00**   **$15,150.00**

---

### 2.6
**Priority creditor's name and mailing address**
**Town of Foxboro**
**40 South Street**
**Foxboro, MA 02035**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **Unknown**

---

| Debtor | **Freedom Wind Tunnel, LLC** | Case number (if known) | **24-10082** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address<br>**Ty Swansboro**<br>**63 S Grove St**<br>**Foxboro, MA 02035** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$19,874.00** | **$15,150.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**8-Nov-22** | Basis for the claim:<br>**Employment Agreement dated November 8, 2022** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**ADP**<br>**501 Boylston Street**<br>**Boston, MA 02116** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred  **various**<br>Last 4 digits of account number  _ | Basis for the claim:  **Services Agreement**<br>Is the claim subject to offset?   ■ No   ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address**<br>**AHP Architect**<br>**116 Johns Street**<br>**Suite 115**<br>**Lowell, MA 01852** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$2,488.40** |
|---|---|---|---|
| | Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | Basis for the claim:  **Standard Form of Agreement Between Owner and Architect dated February 12, 2021**<br>Is the claim subject to offset?   ■ No   ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Alares Architects & Engineers**<br>**248 Copeland St**<br>**Quincy, MA 02169** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **$64,983.00** |
|---|---|---|---|
| | Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | Basis for the claim:  **Agreement For Owner's Representation Services dated August 3, 2022**<br>Is the claim subject to offset?   ■ No   ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Alpi USA LLC**<br>**1711 Broadway**<br>**Saugus, MA 01906** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$455.00** |
|---|---|---|---|
| | Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | Basis for the claim:  **Shipping**<br>Is the claim subject to offset?   ■ No   ☐ Yes | |

| Debtor | **Freedom Wind Tunnel, LLC** | Case number (if known) | **24-10082** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Amazon Web Services**<br>**410 Terry Ave North**<br>**Seattle, WA 98109-5210**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Service Agreement**<br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Batten Bros Signage**<br>**893 Main Street**<br>**Wakefield, MA 01880**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Contract dated June 20, 2022**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$12,183.00** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Bay Crane Northeast LLC**<br>**12 Ledin Drive**<br>**Avon, MA 02322**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Equipment storage and delivery**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$9,859.29** |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Bay State IT**<br>**535 Albany Street**<br>**Suite 2A**<br>**Boston, MA 02118**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Computer Support Service**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,866.50** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**BlueHost**<br>**5335 Gate Pkwy**<br>**2nd Floor**<br>**Jacksonville, FL 32256**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Internet Domain Hosting**<br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**CLA (CliftonLarsonAllen)**<br>**700 Pleasant St**<br>**4th Floor**<br>**New Bedford, MA 02740**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Professional Services**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$28,159.00** |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Code Red Consultants**<br>**154 Turnpike Road**<br>**Suite 200**<br>**Southborough, MA 01772**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Professional Services Contract**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$176.25** |

| Debtor | **Freedom Wind Tunnel, LLC** | Case number (if known) | **24-10082** |
|---|---|---|---|
| | Name | | |

| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Comcast**<br>**One Comcast Center**<br>**1701 JFK Blvd**<br>**Suite # 300**<br>**Philadelphia, PA 19103-2838**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** **Telecom/internet service**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$4,105.24** |
|---|---|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Commonsense Construction Law LLC**<br>**44 Park Street**<br>**3rd Floor**<br>**Andover, MA 01810**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Professional Services**<br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Courtney McCarthy**<br>**63 S Grove St**<br>**Foxboro, MA 02035**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Unreimbursed Business Expenses**<br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Davis Malm**<br>**One Boston Place|**<br>**37th Floor**<br>**Boston, MA 02108**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Professional Services**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,000.00** |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**DEO Associates**<br>**44 Clam Pudding**<br>**Plymouth, MA 02360**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Consulting Agreement, dated January 1, 2019**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$244,400.00** |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Drohan Tocchio & Morgan PC**<br>**175 Derby Street**<br>**Suite 30**<br>**Hingham, MA 02043**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Professional Services**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,885.00** |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**Eagle Engineering Corp.**<br>**8869 Citation Road**<br>**Baltimore, MD 21221**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Field Service October - November 2023**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$92,132.84** |

Debtor **Freedom Wind Tunnel, LLC**  Case number (if known) **24-10082**
         Name

| 3.19 | **Nonpriority creditor's name and mailing address**<br>**First Insurance**<br>**450 Skokie Blvd**<br>**Suite 1000**<br>**Northbrook, IL 60062**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:** Insurance premium finance agreement<br>Is the claim subject to offset? ☒ No ☐ Yes | **Unknown** |
|---|---|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Instabrite Mobile Washing Inc.**<br>**500 South Avenue**<br>**Whitman, MA 02382**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Pressure wash service<br>Is the claim subject to offset? ☒ No ☐ Yes | **$16,000.00** |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Kenneth Brenneman**<br>**1326 Westwood Rd**<br>**Bountiful, UT 84010**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Professional Fundraising Commissions<br>Is the claim subject to offset? ☒ No ☐ Yes | **$10,000.00** |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**Kessler Machine and Fabricating**<br>**283 Neponset St**<br>**Canton, MA 02021**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Machining/fabricating service<br>Is the claim subject to offset? ☒ No ☐ Yes | **$6,145.00** |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Leito Ltd**<br>**67 Box End Road**<br>**Kempston, MK43 8RP England**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** License Agreement dated October 15, 2019<br>Is the claim subject to offset? ☒ No ☐ Yes | **$3,844.87** |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**Martin Bencher USA LLC**<br>**21 Fadem Rd #14**<br>**Springfield, NJ 07081**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Settlement Agreement And Release dated December 5, 2023<br>Is the claim subject to offset? ☒ No ☐ Yes | **$300,000.00** |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**Martins Electric LLC**<br>**62 Sherman Ave**<br>**Seekonk, MA 02771**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Electrician<br>Is the claim subject to offset? ☒ No ☐ Yes | **$30,100.00** |

| Debtor | **Freedom Wind Tunnel, LLC** | Case number (if known) | **24-10082** |
|---|---|---|---|
| | Name | | |

| 3.26 | **Nonpriority creditor's name and mailing address** **MAS Building & Bridge Inc.** **18 Sharon Ave** **Norfolk, MA 02056** | **As of the petition filing date, the claim is:** Check all that apply. ■ Contingent ■ Unliquidated ■ Disputed | **$196,258.45** |
|---|---|---|---|
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** Subcontractor Agreement, dated September 27, 2022 | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | **Nonpriority creditor's name and mailing address** **Mirick, O'Connell, DeMallie & Lougee, LL** **100 Front Street** **Worcester, MA 01608-1477** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$2,320.50** |
|---|---|---|---|
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** Professional Services | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address** **National Grid** **P.O. Box 960** **Northborough, MA 01532-0960** | **As of the petition filing date, the claim is:** Check all that apply. ■ Contingent ■ Unliquidated ■ Disputed | **$10,896.93** |
|---|---|---|---|
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** Electric Service Proposal 30509850 | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | **Nonpriority creditor's name and mailing address** **Neal Gouck** **200 Reservoir Street** **North Attleboro, MA 02760** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** Unreimbursed Business Expenses | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | **Nonpriority creditor's name and mailing address** **Premier Mechanical** **29 Mystic Avenue** **Somerville, MA 02145** | **As of the petition filing date, the claim is:** Check all that apply. ■ Contingent ■ Unliquidated ■ Disputed | **$321,825.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** Accepted Proposal for Phase 2 of Chilled Water System and Condensate Spary Piping, dated May 31, 2023 | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | **Nonpriority creditor's name and mailing address** **Robert Clark** **200 Reservoir Street** **North Attleboro, MA 02760** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ■ Unliquidated ☐ Disputed | **$531,915.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** Subordinated Promissory Note dated December 29, 2023 | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | **Nonpriority creditor's name and mailing address** **Robert Parish** **3238 Players Club Circle** **Memphis, TN 38125** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ■ Unliquidated ☐ Disputed | **$225,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** Amended And Restated Subordinated Promissory Note dated July 6, 2023 | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Freedom Wind Tunnel, LLC** | Case number (if known) | **24-10082** |
|---|---|---|---|
| | Name | | |

| 3.33 | **Nonpriority creditor's name and mailing address**<br>**Shaw Welding Company, Inc.**<br>**P.O. Box 435**<br>**7 Innis Drive**<br>**Billerica, MA 01821**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** **Welding services**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$4,875.00** |
|---|---|---|---|
| 3.34 | **Nonpriority creditor's name and mailing address**<br>**STI Inc.**<br>**13766 Hawthorne Boulevard**<br>**Hawthorne, CA 90250**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Freedom Wind Tunnel Timeline and Payment Schedule: Appendix #1A dated 4/18/2018**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **Unknown** |
| 3.35 | **Nonpriority creditor's name and mailing address**<br>**TCF Law Group, PLLC**<br>**21 Pleasant Street Suite 237 Attn:  Neil**<br>**Newburyport, MA 01950**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Professional Services**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$86,130.00** |
| 3.36 | **Nonpriority creditor's name and mailing address**<br>**The Wind Tunnel Company**<br>**8869 Citation Road**<br>**Essex, MD 21221**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Amended And Restated Promissory Note dated August 28, 2023**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$850,000.00** |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>**The Wind Tunnel Company**<br>**8869 Citation Road**<br>**Essex, MD 21221**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Amended And Restated Promissory Note dated July 6, 2023**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$100,000.00** |
| 3.38 | **Nonpriority creditor's name and mailing address**<br>**The Wind Tunnel Company**<br>**8869 Citation Road**<br>**Essex, MD 21221**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Amended And Restated Promissory Note dated October 10, 2023**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$80,851.00** |

| Debtor | **Freedom Wind Tunnel, LLC** | Case number (if known) | **24-10082** |
|---|---|---|---|
| | Name | | |

| 3.39 | **Nonpriority creditor's name and mailing address**<br>**Trane U.S. Inc.**<br>**2313 S 20th Street**<br>**La Crosse, WI 54601**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Accepted Proposal for Air-Cooled Helical Rotary Water Chiller, dated December 30, 2021**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$207,871.41** |
|---|---|---|---|
| 3.40 | **Nonpriority creditor's name and mailing address**<br>**Tunnel Instructor**<br>**c/o 2 Loak Close**<br>**Bedford, MK41 6GQ**<br>**ENGLAND**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Travel Expense Reimbursement**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,705.63** |
| 3.41 | **Nonpriority creditor's name and mailing address**<br>**Ty Swansboro**<br>**63 S Grove St**<br>**Foxboro, MA 02035**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Unreimbursed Business Expenses**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.42 | **Nonpriority creditor's name and mailing address**<br>**UTS of Mass, Inc.**<br>**5 Richardson Lane**<br>**Stoneham, MA 02180**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Testing Services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,575.00** |
| 3.43 | **Nonpriority creditor's name and mailing address**<br>**Vertical DWC LLC**<br>**Business Center Logistics City,**<br>**Dubai Aviation City**<br>**P.O. Box 390667**<br>**Dubai U.A.E.**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Sale Purchase Agreeemnt for Vertical Wind Tunnel (SPA), dated January 22, 2019, and Amended July 10, 2019**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$39,968.00** |

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  | | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 97,144.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 3,495,975.31 |

| Debtor | **Freedom Wind Tunnel, LLC** | Case number (if known) | **24-10082** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | | 5c. | $ **3,593,119.31** |