

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re:<br><br>Freedom Wind Tunnel, LLC<br><br>Debtor | Chapter 11<br>24-10082-CJP |
|---|---|

## ORDER

**MATTER:**
#115 Expedited Motion filed by Debtor Freedom Wind Tunnel, LLC to Extend Time to Assume Lease.

GRANTED. NO OBJECTIONS FILED. PURSUANT TO 11 U.S.C. § 365(D)(4), THE TIME TO ASSUME OR REJECT THE LEASE DESCRIBED IN THE MOTION IS EXTENDED THROUGH AND INCLUDING AUGUST 13, 2024. THE HEARING SCHEDULED FOR MAY 14, 2024 ON THIS MOTION IS CANCELLED.

Dated: 05/13/2024

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge