UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re<br><br>FREEDOM WIND TUNNEL<br>    Debtor | Case No. 24-10082-CJP<br>Chapter 11 |

CERTIFICATE OF SERVICE

June 14, 2024

      I, John O. Desmond, certify under the pains and penalties of perjury that on this date, true and correct copies of the foregoing EXPEDITED APPLICATION OF EXAMINER TO EMPLOY BROKER were served via the U.S. Bankruptcy Court's CM/ECF filing system or by U.S. Mail, First Class, postage pre-paid, to those persons not appearing on the Court's receipt of electronic filing:

William J Amann on behalf of Creditor Systems Technology, Inc.
wamann@amburlaw.com, cshaw@amburlaw.com

Paul W. Carey on behalf of Creditor Micah Chase
pcarey@mirickoconnell.com, bankrupt@mirickoconnell.com

Jennifer V. Doran on behalf of Creditor NPP Development, LLC
jdoran@haslaw.com, calirm@hinckleyallen.com;kabarrett@hinckleyallen.com

Lee Harrington on behalf of Debtor Freedom Wind Tunnel, LLC
lh@ascendantlawgroup.com

Donald Ethan Jeffery on behalf of Creditor Erland Construction, Inc.
ejeffery@murphyking.com, dkonusevska@murphyking.com

Justin Kesselman on behalf of Assistant U.S. Trustee Richard King - B
justin.a.kesselman@usdoj.gov

Richard King - B
USTPRegion01.BO.ECF@USDOJ.GOV

James S. LaMontagne on behalf of Interested Party First Insurance Funding, a Division of Lake Forest Bank & Trust Company, N.A>
jlamontagne@sheehan.com,

nhbankruptcycourt@sheehan.com;asrimouksavanh@sheehan.com;kstavaski@sheehan.com

James S. LaMontagne on behalf of Interested Party James LaMontagne
jlamontagne@sheehan.com,
nhbankruptcycourt@sheehan.com;asrimouksavanh@sheehan.com;kstavaski@sheehan.com

Bryan Thomas Noonan on behalf of Other Party Triple G Scaffold Services Corp.
bnoonan@schlossbergllc.com

Jesse I. Redlener on behalf of Debtor Freedom Wind Tunnel, LLC
jredlener@ascendantlawgroup.com, redlener.jesseb112050@notify.bestcase.com

Steven C. Reingold on behalf of Creditor Premier Mechanical, LLC
steven.reingold@saul.com, shaquille.williams@saul.com

Laurence K. Richmond on behalf of Creditor Trane U.S. Inc.
lrichmond@richmondslaw.com

Adam J. Ruttenberg on behalf of Creditor Hanscom Federal Credit Union
aruttenberg@beaconlawgroup.com

Heather Sprague on behalf of Assistant U.S. Trustee Richard King - B
Heather.Sprague@usdoj.gov

Gary M. Weiner on behalf of Creditor MAS Building & Bridge, Inc.
GWeiner@Weinerlegal.com, mshapiro@weinerlegal.com;mstearns@weinerlegal.com

CHAPTER 11 EXAMINER

/s/ John O. Desmond

Dated: June 14, 2024

John O. Desmond (BBO 554580)
5 Edgell Road, Suite 30A
Framingham, MA 01701
Tel:  (508) 879-9638
Email: attorney@jdesmond.com