# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| IN RE: | CASE NO: 24-10082 |
|---|---|
| Freedom Wind Tunnel LLC | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 11 |

On 6/14/2024, I did cause a copy of the following documents, described below,

Motion to Employ Broker

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/14/2024

/s/ John O. Desmond
John O. Desmond  BBO 554580

5 Edgell Road, Suite 30A
Framingham, MA  01701
508 879 9638
attorney@jdesmond.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

IN RE:

Freedom Wind Tunnel LLC

CASE NO: 24-10082

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 11

On 6/14/2024, a copy of the following documents, described below,

Motion to Employ Broker

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/14/2024

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John O. Desmond

5 Edgell Road, Suite 30A
Framingham, MA 01701

```
USPS FIRST CLASS MAILING ENVIRONMENT                                          First Class USPS Mail Service.
Parties with names struck through or labeled /EXCLUDE/ are not served via First Class USPS Mail Service.
CASE INFO
  LABEL MATRIX FOR LOCAL NOTICING     ALARES ARCHITECTS  ENGINEERS     ARTHUR J GALLAGHER  CO
NCRS ADDRESS DOWNLOAD                 248 COPELAND STREET              470 ATLANTIC AVENUE
CASE 24-10082                         QUINCY  MA 02169-4005            BOSTON  MA 02210-2205
DISTRICT OF MASSACHUSETTS
FRI JUN 14 10-25-2 PST 2024


CLA (CLIFTONLARSENALLEN)              DEO ASSOCIATES                   EAGLE ENGINEERING CORP
700 PLEASANT ST 4TH FLOOR             44 CLAM PUDDING                  8869 CITATION ROAD
NEW BEDFORD  MA 02740-6254            PLYMOUTH  MA 02360-6610          ESSEX  MD 21221-3102



                                                                       EXCLUDE
ERLAND CONSTRUCTION INC               INSTABRITE MOBILE WASHING INC    (D)MAS BUILDING  BRIDGE
71 3RD AVE                            500 SOUTH AVENUE                 18 SHARON AVE
BURLINGTON  MA 01803-4471             WHITMAN  MA 02382-2207           NORFOLK  MA 02056-1530



MARTIN BENCHER USA LLC                MARTINS ELECTRIC LLC             MASSACHUSETTS DEPT OF REVENUE
21 FADEM RD 14                        62 SHERMAN AVE                   BANKRUPTCY UNIT
SPRINGFIELD  NJ 07081-3136            SEEKONK  MA 02771-4918           PO BOX 7090
                                                                       BOSTON  MA 02204-7090


PREMIER MECHANICAL                    ROBERT CLARK                     ROBERT PARISH
29 MYSTIC AVE                         200 RESERVOIR ST                 3238 PLAYERS CLUB CIRCLE
SOMERVILLE  MA 02145-1302             NORTH ATTLEBORO  MA 02760-2839   MEMPHIS  TN 38125-8843



STI INC                               TCF LAW GROUP  PLLC              THE WIND TUNNEL COMPANY
13766 HAWTHORNE BOULEVARD             ATTN NEIL MCLAUGHLIN             8869 CITATION ROAD
HAWTHORNE  CA 90250-7010              21 PLEASANT STREET  SUITE 237    ESSEX  MD 21221-3102
                                      NEWBURYPORT  MA 01950-2623


                                                                       INTERNATIONAL
                                                                       VERTICAL DWC LLC
TRANE US INC                          TY SWANSBORO                     BUSINESS CENTER LOGISTICS CITY
2313 S 20TH STREET                    63 S GROVE STREET                DUBAI AVIATION CITY
LA CROSSE  WI 54601-6726              FOXBORO  MA 02035                PO BOX 390667
                                                                       DUBAI UAE



WORLD INSURANCE
50 PROSPECT ST
WALTHAM  MA 02453-8509
```