

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re:  Freedom Wind Tunnel, LLC  Debtor(s) | Chapter 11  24-10082-CJP |

## PROCEEDING MEMORANDUM AND ORDER

**MATTER:**
Hybrid Hearing on #158 Expedited Application filed by Examiner John O. Desmond to Employ Arthur Petropoulos of Hill View Partners as Broker.

**Decision set forth more fully as follows:**

FOR THE REASONS STATED ON THE RECORD, THE MOTION IS GRANTED UNDER 11 U.S.C. SECTION 327. THE EXAMINER IS PERMITTED TO ENGAGE ARTHUR PETROPOULOUS OF HILL VIEW PARTNERS AS ADVISORS. THE ADVISORS SHALL KEEP TIME RECORDS OF THEIR EFFORTS REGARDING THE SALE IN FIFTEEN MINUTE INCREMENTS INCLUDING THE DESCRIPTION OF TASKS THEY ARE PERFORMING. NOTWITHSTANDING ANY PROVISION IN ENGAGEMENT LETTER, THE PROFESSIONAL MAY ONLY BE INDEMNIFIED FOR SIMPLE NEGLIGENCE, BUT NOT GROSS NEGLIGENCE OR INTENTIONAL MISCONDUCT. ALL FEES AND COMMISSIONS SHALL BE SUBJECT TO A FEE APPLICATION AND AN ASSESSMENT OF REASONABLENESS.

Dated: 06/21/2024

By the Court,

Christopher J. Panos
United States Bankruptcy Judge