UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Eastern Division)

| | |
|---|---|
| In re:<br><br>**FREEDOM WIND TUNNEL, LLC,**<br><br>Debtor. | **Chapter 11**<br>**Case No. 24-10082 (CJP)** |

**JOINT MOTION TO ASSUME LEASE AND**
**REQUEST FOR *EMERGENCY* DETERMINATION**

Pursuant to 11 U.S.C. § 365(a), Fed. R. Bankr. P. 6006, and MLBR 6006-1, the debtor and debtor-in-possession in the above-captioned cases ("Debtor") jointly with the Examiner, John O. Desmond (together, the "Movants"), respectfully request that the Court, *on an emergency basis*, grant this motion to assume its interest in its nonresidential real property Lease (as defined below) for the Property (as defined below), in connection with an offer to purchase received by the Examiner on August 12, 2024. The current deadline for assumption or rejection expires on August 13, 2024. Failure to grant the motion will result in a loss of a significant asset of the Debtor's Estate and will hinder the Examiner's ability to consummate the sale of the Debtor's assets. Alternatively, the Examiner requests an extension of time through August 31, 2024 to consummate a sale of the Debtor's assets. In further support of this motion, the Movants state as follows:

**FACTUAL BACKGROUND**

1. On January 16, 2024 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts.

1

2.  The Debtor continues to operate as a debtor-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code. No Official Committee of Unsecured Creditors has been appointed in this case.

3.  The Debtor is a Delaware limited liability company formed on or about April 15, 2015 and is authorized by the Commonwealth of Massachusetts to conduct any lawful business including indoor skydiving.

4.  On or about July 2, 2019 the Debtor entered into a Ground Lease, Covenant and Agreement[1] (the "Lease") with NPP Development LLC, a Delaware limited liability company ("Landlord") in order to develop and construct an indoor skydiving facility and associated function space located at 21 Patriot Place, Foxboro MA (the "Property").

5.  On August 12, 2024, the Examiner received a proposed offer to purchase the Debtor's assets including, among other things, an assumption and assignment of the Lease. That proposed offer was revised and resubmitted to the Examiner on August 13, 2024.

**RELIEF REQUESTED**

6.  Pursuant to this Motion, the Movants seek the entry of an order authorizing the Debtor, or the Examiner, to assume the Lease in anticipation of assigning it to the purchaser, The Wind Tunnel Company, or its designee.

7.  Section 365 (a) of the Bankruptcy Code provides, in relevant part, as follows: "[e]xcept as provided in sections 765 and 766 of this title and in subsections (b), (c), and (d) of this section, the trustee, subject to the court's approval, may assume or reject any executory contract or unexpired lease of the debtor."

---

[1] The Lease was amended on July 24, 2019, December 13, 2019 and October 27, 2020.

8. Although the Examiner marketed the assets of the Debtor, the sole bid that was received came in in the last 24 hours, leaving the Movants with virtually no time to respond. The critical nature of the Lease to the recovery of any funds for the creditors cannot be overstated.

9. The Debtor has made all postpetition rent payments through the date hereof and the purchaser has indicated its willingness and ability to cure the defaults under the Lease promptly.

10. For these reasons, the Movants believe the Court should enter an Order, pursuant to Section 365 (a) of the Bankruptcy Code, granting the assumption of the Lease.

## REQUEST FOR EMERGENCY DETERMINATION

11. The Movants respectfully request that the Court rule on this Motion on an emergency basis pursuant to LBR 9013-1(g). The Movants request expedited determination because the statutory deadline for assumption or rejection of the Lease will run on August 13, 2024.

[Remainder of page intentionally left blank]

WHEREFORE, the Movants respectfully request that the Court enter an Order:

i. Pursuant to 11 U.S.C. § 365(a), allowing the Debtor or the Examiner to assume the Lease in anticipation of its assignment to the purchaser;

ii. Alternatively, extending time to assume or reject the Lease pursuant to 11 U.S.C 105(a); and

iii. Granting such other relief as is just and proper.

Respectfully submitted,

**Freedom Wind Tunnel. LLC**

*/s/ Jesse I. Redlener*
Jesse I. Redlener (BBO# 646851)
Lee Harrington (BBO #643932)
ASCENDANT LAW GROUP LLC
2 Dundee Park Drive, Suite 102
Andover, MA  01810
(978) 409-2038
jr@ascedantlawgroup.com
lh@ascendantlawgroup.com

-and-

**John O. Desmond, Examiner of Freedom Wind Tunnel LLC**
By his counsel,

*/s/ Kate E. Nicholson*
Kate E. Nicholson (BBO# 674842)
Nicholson Devine LLC
21 Bishop Allen Dr.
Cambridge, MA 02139
(857) 600-0508
 kate@nicholsondevine.com

Dated: August 13, 2024

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 13, 2024, a true and correct copy of the foregoing Motion was served on those persons entitled to service through the Court's ECF system.

/s/ Jesse I. Redlener
Jesse I. Redlener

## SERVICE LIST

**BY ECF and/or ELECTRONIC MAIL**

William J Amann on behalf of Creditor Systems Technology, Inc.
wamann@amburlaw.com, cshaw@amburlaw.com

Paul W. Carey on behalf of Creditor Micah Chase
pcarey@mirickoconnell.com, bankrupt@mirickoconnell.com

Jennifer V. Doran on behalf of Creditor NPP Development, LLC
jdoran@haslaw.com, calirm@hinckleyallen.com;kabarrett@hinckleyallen.com

Donald Ethan Jeffery on behalf of Creditor Erland Construction, Inc.
ejeffery@murphyking.com, dkonusevska@murphyking.com

Justin Kesselman on behalf of Assistant U.S. Trustee Richard King - B
justin.a.kesselman@usdoj.gov

Richard King - B
USTPRegion01.BO.ECF@USDOJ.GOV

James S. LaMontagne on behalf of Interested Party First Insurance Funding, a Division of Lake Forest Bank & Trust Company, N.A>
jlamontagne@sheehan.com,
nhbankruptcycourt@sheehan.com;asrimouksavanh@sheehan.com;kstavaski@sheehan.com

James S. LaMontagne on behalf of Interested Party James LaMontagne
jlamontagne@sheehan.com,
nhbankruptcycourt@sheehan.com;asrimouksavanh@sheehan.com;kstavaski@sheehan.com

Bryan Thomas Noonan on behalf of Other Party Triple G Scaffold Services Corp.
bnoonan@schlossbergllc.com

Steven C. Reingold on behalf of Creditor Premier Mechanical, LLC
steven.reingold@saul.com, shaquille.williams@saul.com

Laurence K. Richmond on behalf of Creditor Trane U.S. Inc.
lrichmond@richmondslaw.com

Adam J. Ruttenberg on behalf of Creditor Hanscom Federal Credit Union
aruttenberg@beaconlawgroup.com

Heather Sprague on behalf of Assistant U.S. Trustee Richard King - B
Heather.Sprague@usdoj.gov

Gary M. Weiner on behalf of Creditor MAS Building & Bridge, Inc.
GWeiner@Weinerlegal.com, mshapiro@weinerlegal.com;mstearns@weinerlegal.com