UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 11 |
| FREEDOM WIND TUNNEL, LLC ) | CASE NO. 24-10082-CJP |
| ) | |
| DEBTOR ) | |

### AFFIDAVIT OF GORDON M. ROBERTS, III IN SUPPORT OF JOINT MOTION TO ASSUME LEASE

I, Gordon M. Roberts, III, hereby declare:

1. I am the manager of The Wind Tunnel Company, LLC, located at 8869 Citation Road, Baltimore, MD 21221. On or about August 12, 2024, I caused The Wind Tunnel Company LLC to make an offer to purchase the assets of Freedom Wind Tunnel, LLC, including its lease with NPP Development LLC. The total value of the offer, which includes both a cash and a debt assumption portion, is between $5-$6 million.

2. I am a director and 17.6% shareholder of Freedom Wind Tunnel, LLC and own and/or control majority interests in Eagle Engineering Corporation and The Wind Tunnel Company, LLC, both creditors in the instant bankruptcy case. The Wind Tunnel Company made an equity investment in Freedom Wind Tunnel in the approximate amount of $2,000,000 and loaned approximately $1,000,000 to Freedom Wind Tunnel.

3. Except as otherwise indicated, all statements in this affidavit are based upon (a) my personal knowledge, (b) my review of relevant documents, including the books and records of the various companies in which I am involved; and (c) my opinion based upon my experience and knowledge of my, my family's and my businesses' operations and financial affairs.

4. I come from a family of entrepreneurs and have been involved in at least ten business ventures over the past thirty years, including active investment businesses.

5. Presently, I am a manager or principal of the following businesses:

   a. The Wind Tunnel Company, LLC

   b. Eagle Engineering, Corp.

   c. 8869 Citation

   d. Don and Mary Lou Scott Family, LLC

   e. MAR Holdings, LLC

   f. Freedom Wind Holdings, LLC

   g. Mechanical Development Company

   h. Salem Tools Inc.

6. Over the past seven years, I was a manager or principal of all of the businesses identified in paragraph 5 herein.

7. The combined revenue of these various businesses over the past seven years in excess of $ 500,000,000.00.

8. Having been involved with Freedom Wind Tunnel, I have come to know some of its employees, including Tyler Swansboro and Courtney McCarthy. Swansboro and McCarthy are qualified instructors and satisfy the requirement in the Debtor's lease with NPP that any business operating at the premises "maintain at all times an active qualification as an IBA Instructor Level 4 or higher or Tunnel Instructors Four Star rating or higher…." If I purchase the Debtor's assets, I will also seek to employ Swansboro and McCarthy. I understand from conversations with the Examiner's counsel that Swansboro and McCarthy are interested in continuing to work to bring the

wind tunnel into operation. I strongly believe they would work with me and The Wind Tunnel Company.

9. I have a net worth of at least $3 million.

10. I control the majority of the membership interests in The Wind Tunnel Company and I do not have a criminal record.

11. I intend to cure all necessary defaults under the lease prior to or at the time of the transfer of the Debtor's assets.

12. If The Wind Tunnel Company is assigned the lease,

   a. I will operate the premises in accordance with the permitted uses under the lease.

   b. I will obtain and provide evidence of all required insurance.

   c. I have both the financial resources and business expertise to perform under the lease.

Signed under the pains and penalty of perjury this 5 day of September, 2024.

_____
Gordon M. Roberts, III