

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| **Freedom Wind Tunnel, LLC** <br> Debtor(s) | Chapter 11 <br> 24-10082-CJP |

## PROCEEDING MEMORANDUM AND ORDER

**MATTER:**

Hybrid Hearing on #183 Emergency Motion to Assume Lease With NPP Development LLC filed by the Debtor.

**Decision set forth more fully as follows:**

WITHIN FOURTEEN (14) DAYS OF THIS ORDER, THE EXAMINER SHALL FILE A MOTION TO SELL WITH A SIGNED ASSET PURCHASE AGREEMENT. THE EXAMINER SHALL REPRESENT THAT A GOOD FAITH DEPOSIT HAS BEEN RECEIVED. THE COURT WILL SCHEDULE AN EVIDENTIARY HEARING ON THE OBJECTION OF NPP DEVELOPMENT, LLC [ECF NO. 189] SEEKING TO VACATE AND/OR MODIFY THE COURT'S ORDER [ECF NO. 184] ON THE MOTION TO ASSUME [ECF NO. 183] AFTER THE SALE MOTION HAS BEEN FILED.

Dated: 09/06/2024

By the Court,

Christopher J. Panos
United States Bankruptcy Judge