UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 11 |
| FREEDOM WIND TUNNEL, LLC ) | CASE NO. 24-10082-CJP |
| ) | |
| DEBTOR ) | |

## CHAPTER 11 EXAMINER'S STATUS REPORT

John O. Desmond, the duly-appointed examiner in this chapter 11 case ("Examiner"), respectfully provides this report to the Court and parties-in-interest on the status of the Examiner's effort to market and sell the assets ("Assets") of the debtor, Freedom Wind Tunnel, LLC ("Debtor").

### Developments Since the Hearing Held on September 5, 2023

1. As discussed at the September 5th hearing on the Debtor's and the Examiner's Joint Motion to Assume the Lease with NPP Development LLC, the Examiner continues to market the Debtor's Assets.

2. At the time of the hearing, the Examiner had received one written offer for the Assets.

3. Since that time, the Examiner has received a second written offer for the Assets.

4. The Examiner has shared the second offer with the Debtor, NPP, Hanscom Federal Credit Union, Erland Construction and the United States Trustee's Office.

5. The Examiner is in the process of determining which offeror will serve as the stalking horse bidder and is preparing the necessary documents and pleadings to be filed with the Court no later than September 23, 2024.

6. Based on the Examiner's conversations with his broker, the Examiner believes there are at least two other parties who remain interested in the Assets and may submit bids after a sale motion has been filed.

7. The Examiner continues to work closely with all parties-in-interest in this case to maximize the value of the Debtor's estate and keep all interested parties apprised of any material developments.

Respectfully submitted,
**John O. Desmond, Examiner of Freedom Wind Tunnel LLC**
By his counsel,

/s/ Kate E. Nicholson
Kate E. Nicholson (BBO# 674842)
Nicholson Devine LLC
21 Bishop Allen Dr.
Cambridge, MA 02139
(857) 600-0508
kate@nicholsondevine.com

Dated: September 16, 2024

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 11 |
| FREEDOM WIND TUNNEL, LLC ) | CASE NO. 24-10082-CJP |
| ) | |
| DEBTOR ) | |

**CERTIFICATE OF SERVICE**

I, Kate E. Nicholson, certify that I have sent a copy of this **Chapter 11 Examiner's Status Report** via first-class mail, postage prepaid, to the parties on the attached list who do not receive electronic notice via ECF.

Dated: September 16, 2024

/s/ Kate E. Nicholson
Kate E. Nicholson (BBO# 674842)
Nicholson Devine LLC
21 Bishop Allen Dr.
Cambridge, MA 02139
(857) 600-0508
kate@nicholsondevine.com

**Electronic Mail Notice List**

The following is the list of **parties and attorneys** who are currently on the list to receive email notice/service for this case.

- **William J Amann**   wamann@amburlaw.com, cshaw@amburlaw.com
- **Paul W. Carey**   pcarey@mirickoconnell.com, bankrupt@mirickoconnell.com
- **John O. Desmond**   attorney@jdesmond.com, desmondjr96990@notify.bestcase.com
- **Jennifer V. Doran**   jdoran@haslaw.com, calirm@hinckleyallen.com;kabarrett@hinckleyallen.com
- **Lee Harrington**   lh@ascendantlawgroup.com
- **Donald Ethan Jeffery**   ejeffery@murphyking.com, dkonusevska@murphyking.com
- **Justin Kesselman**   justin.a.kesselman@usdoj.gov
- **Richard King - B**   USTPRegion01.BO.ECF@USDOJ.GOV
- **James S. LaMontagne**   jlamontagne@sheehan.com, nhbankruptcycourt@sheehan.com;asrimouksavanh@sheehan.com;kstavaski@sheehan.com
- **Kate E. Nicholson**   kate@nicholsondevine.com, knicholson@ecf.courtdrive.com;admin@nicholsonpc.com;april@nicholsondevine.com
- **Bryan Thomas Noonan**   bnoonan@schlossbergllc.com
- **Jesse I. Redlener**   jredlener@ascendantlawgroup.com, redlener.jesseb112050@notify.bestcase.com
- **Steven C. Reingold**   steven.reingold@saul.com, shaquille.williams@saul.com
- **Laurence K. Richmond**   lrichmond@richmondslaw.com
- **Adam J. Ruttenberg**   aruttenberg@beaconlawgroup.com
- **Heather Sprague**   Heather.Sprague@usdoj.gov
- **Gary M. Weiner**   GWeiner@Weinerlegal.com, mshapiro@weinerlegal.com;mstearns@weinerlegal.com

**Manual Notice List**

Daniel J. Zeller
Shapiro Sher Guinot & Sandler
250 West Pratt Street, Suite 2000
Baltimore, MD 21201