

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| **Freedom Wind Tunnel, LLC**<br>Debtor(s) | Chapter 11<br>24-10082-CJP |

## PROCEEDING MEMORANDUM AND ORDER

**MATTER:**
Hybrid Hearing on #199 Motion filed by Examiner John O. Desmond for Sale of Property free and clear of liens under Section 363(f) Re: Substantially All of the Debtor's Assets.

**Decision set forth more fully as follows:**

MOTION WITHDRAWN ON THE RECORD.

Dated: 11/27/2024

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge