

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| **Freedom Wind Tunnel, LLC**<br>Debtor(s) | Chapter 11<br>24-10082-CJP |

## PROCEEDING MEMORANDUM AND ORDER

**MATTER:**

Hybrid Hearing on #183 Emergency Motion to Assume Lease With NPP Development LLC filed by Debtor Freedom Wind Tunnel, LLC; and
#189 Objection filed by Creditor NPP Development, LLC.

**Decision set forth more fully as follows:**

UPON CONSIDERATION OF THE OBJECTION FILED BY NPP DEVELOPMENT LLC [ECF NO. 189] AND THE RECORD OF THE CASE, FOR THE REASONS STATED ON THE RECORD AT THE 11/26/2024 HEARING, THE COURT HEREBY VACATES ITS ORDER ENTERED AT ECF NO. 184 TENTATIVELY APPROVING THE ASSUMPTION OF THE LEASE PURSUANT TO THE EMERGENCY JOINT MOTION TO ASSUME FILED BY THE EXAMINER AND DEBTOR [ECF NO. 183]. THE LEASE WITH NPP DEVELOPMENT LLC IS DEEMED REJECTED BY OPERATION OF LAW.

Dated: 11/27/2024

By the Court,

Christopher J. Panos
United States Bankruptcy Judge